1  KATIE E. BRISCOE (STATE BAR NO. 287629)
   kbriscoe@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone:     +1 916 447 9200
4  Facsimile:     +1 916 329 4900

5  ANNIE H. CHEN (STATE BAR NO. 292032)
   annie.chen@orrick.com
6  LAUREN R. LEIBOVITCH (STATE BAR NO. 323230)
   lleibovitch@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 South Grand Avenue
8  Suite 2700
   Los Angeles, CA  90071
9  Telephone:     +1 213 629 2020
   Facsimile:     +1 213 612 2499

Attorneys for Defendants
US FOODS, INC. and US FOODS CULINARY
EQUIPMENT & SUPPLIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL NEGRETE MORENO, an individual<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC., dba U.S. FOODSERVICE, INC., a Delaware Corporation, US FOODS, CULINARY EQUIPMENT & SUPPLIES, LLC, a Delaware Limited Liability Company, RENNIE DEPRUE, an individual ROB WEST, an individual and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  3:25-cv-10858-RS<br><br>**DEFENDANTS' RE-NOTICE OF HEARING REGARDING MOTION TO DISMISS AND/OR STRIKE**<br><br>Date:   March 26, 2026<br>Time:   1:30 p.m.<br>Crtrm:  3 - 17th Floor<br>Judge:  Hon. Richard Seeborg |

1  TO PLAINTIFF AND HIS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on March 26, 2026 at 1:30 p.m. or as soon thereafter as the
3  matter may be heard, before the Honorable Richard Seeborg, Courtroom 3, 17th Floor, United
4  States District Court, Northern District of California, located at 450 Golden Gate Ave., San
5  Francisco, CA 94102, Defendants US Foods, Inc. (US Foods) and US Foods Culinary Equipment
6  & Supplies, LLC will and hereby do move the Court for an Order dismissing Plaintiff Ismael
7  Negrete Moreno's Complaint and/or striking portions thereof pursuant to Federal Rules of Civil
8  Procedure 12(b)(6) and 12(f).

9  This Motion is based on the Notice of Motion, the Memorandum of Points and
10 Authorities, the complete pleadings and records on file herein, any matters of which the Court
11 may or must take judicial notice, and such other evidence and arguments as may be presented at
12 the hearing on this Motion.

14 Dated: February 17, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP

16                                              By:        */s/ Katie E. Briscoe*
17                                                    KATIE E. BRISCOE
                                                      ANNIE H. CHEN
18                                                    LAUREN R. LEIBOVITCH
                                                      Attorneys for Defendants
19                                              US FOODS, INC. and US FOODS CULINARY
20                                                    EQUIPMENT & SUPPLIES, LLC