KATIE E. BRISCOE (STATE BAR NO. 287629)
kbriscoe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:    +1 916 447 9200
Facsimile:    +1 916 329 4900

ANNIE H. CHEN (STATE BAR NO. 292032)
annie.chen@orrick.com
LAUREN R. LEIBOVITCH (STATE BAR NO. 323230)
lleibovitch@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA  90071
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

Attorneys for Defendants
US FOODS, INC. and US FOODS CULINARY
EQUIPMENT & SUPPLIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL NEGRETE MORENO, an individual<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC., dba U.S. FOODSERVICE, INC., a Delaware Corporation, US FOODS, CULINARY EQUIPMENT & SUPPLIES, LLC, a Delaware Limited Liability Company, RENNIE DEPRUE, an individual ROB WEST, an individual and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10858-RS<br><br>**DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AND/OR STRIKE**<br><br>Date:   March 26, 2026<br>Time:   1:30 p.m.<br>Crtrm:  3 – 17th Floor<br>Judge:  Hon. Richard Seeborg |

1  Defendants' Motion to Dismiss and/or Strike Plaintiff's Complaint (Motion), set for
2  hearing on March 26, 2026, should be granted in its entirety.
3  Defendants filed their Motion on January 26, 2026. *See* Dkt. No. 13. Under Civil Local
4  Rule 7-3(a), and confirmed by the Order Reassigning Case and the Clerk's Notice Re: Reassigned
5  Case, any opposition was required to be filed on February 9, 2026—i.e., 14 days after
6  Defendants' Motion was filed. *See* Civil Rule 7-3(a); Dkt. No. 17, Feb. 9, 2026 Order
7  Reassigning Case ("All hearing and trial dates presently scheduled are vacated. However, existing
8  briefing schedules for motions remain unchanged"); Dkt. No. 18, Feb. 9, 2026 Clerk's Notice Re:
9  Reassigned Case (explicitly stating: "[t]he due date for any opposition or reply papers not yet
10 filed shall be calculated in accordance with Civil Local Rule 7-3").
11 As of today's date, Plaintiff has not filed any opposition to Defendants' Motion, and has
12 therefore waived any arguments in response and thus his action should be dismissed. *See Diggs v.*
13 *Marriott Hotel Servs., LLC*, No. 24-CV-6977 NC, 2024 WL 5151139, at *1 (N.D. Cal. Nov. 7,
14 2024) ("A party's failure to meaningfully respond to an opposing party's argument typically
15 amounts to waiver, concession, or abandonment of any arguments in opposition"); *Yeganeh v.*
16 *Mayorkas*, No. 21-CV-02426-EMC, 2021 WL 5113221, at *10 (N.D. Cal. Nov. 3, 2021) ("given
17 Plaintiffs' failure to develop any arguments grounded in any legal authority in response to
18 Defendants' 12(b)(6) motion, the Court finds that Plaintiffs have waived and abandoned all
19 arguments in opposition to the government's motion"); *see also Ghazali v. Moran*, 46 F.3d 52, 53
20 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal").
21 For these reasons, Defendants respectfully request that the Court grant their Motion in its
22 entirety.

23 Dated: February 17, 2026                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                           By:  _____*/s/ Katie E. Briscoe*_____
                                               KATIE E. BRISCOE
                                               ANNIE H. CHEN
                                               LAUREN R. LEIBOVITCH
                                               Attorneys for Defendants
                                               US FOODS, INC. and US FOODS CULINARY
                                               EQUIPMENT & SUPPLIES, LLC

                        1               REPLY MPA ISO MOTION TO DISMISS AND/OR
                                        STRIKE [CASE NO.: 3:25-cv-10858-RS]