UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL NEGRETE MORENO,

        Plaintiff,

        v.

US FOODS, INC., et al.,

        Defendants.

Case No.  25-cv-10858-RS

**ORDER RE MOTION TO DISMISS HEARING**

Plaintiff failed to file an opposition to the Motion to Dismiss, Dkt. 13, and the motion could be granted on that basis. However, Plaintiff will be given more opportunity to file a response to the Motion to Dismiss by March 26, 2026 or waive his right to oppose the motion. If Plaintiff files a response, Defendants may file a reply within seven (7) days. The matter will then be decided on the papers submitted without a hearing pursuant to Local Rule 7-1(b). The hearing set for March 26, 2026 is vacated.

**IT IS SO ORDERED**.

Dated: March 20, 2026

_____

RICHARD SEEBORG
Chief United States District Judge